# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PERETZ HUSANU,

        Plaintiff,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES,

        Defendant.

2:11-CV-1191 JCM (VCF)

## ORDER

Before the court is the report and recommendation of United States Magistrate Judge Cam Ferenbach (doc. #21) regarding plaintiff's motion to reverse (doc. #15) and defendant's cross motion to affirm (doc. #19) the judgment below. No objections to the report and recommendation have been filed.

This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).

Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate

**James C. Mahan**
**U.S. District Judge**

1    judge's report and recommendation where no objections have been filed.  *See United States v. Reyna–Tapia*, 328 F.3d 1114 (9th Cir.2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F.Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna–Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection.").  Thus, if there is no objection to a magistrate judge's recommendation, then this court may accept the recommendation without review.  *See e.g.*, *Johnstone*, 263 F.Supp.2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this court finds it appropriate to engage in a de novo review to determine whether to adopt the recommendation of the magistrate judge.  Upon reviewing the recommendation and underlying briefs, this court finds good cause appears to ADOPT the magistrate's findings in full.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for reversal or remand of the administrative law judge's decision (doc. #15) be, and the same hereby is, DENIED.

DATED July 26, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -