# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| PERETZ HUSANU,<br><br>            Plaintiff,<br><br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>            Defendant. | 2:11-CV-1191 JCM (VCF) |

**ORDER**

Presently before the court is the matter of *Husanu v. Secretary of Health and Human Services*, case no. 2:11-cv-1191-JCM-VCF. On July 26, 2012, the court issued an order adopting Magistrate Judge Ferenbach's report, which recommended that plaintiff Peretz Husanu's motion to reverse the Social Security Administration's decision or remand his case be denied. (Doc. # 22).

On October 30, 2013, the clerk's office mistakenly issued a notice of intent to dismiss for want of prosecution pursuant to LR 41-1. (Doc. # 23). In response, plaintiff submitted a "request for relief" consisting of copies of the medical bills he previously disputed. (Doc. # 24).

However, the court's order adopting the magistrate's report and recommendation acted as a dispositive order. Thus, the case has long been closed, and plaintiff's instant motion is improper.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's request for relief

3  (doc. # 24) be, and the same hereby is, STRICKEN.  The clerk shall close the case.

4  DATED December 12, 2013.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -